```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 07829
    PATRICIA A POINDEXTER
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

              Debtor
    SSN XXX-XX-7311

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 04/01/2008 and was not confirmed.

      The case was dismissed without confirmation 07/17/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------
CHASE MANHATTAN MORTGAGE  UNSECURED         NOT FILED            .00            .00
CITY OF CHICAGO PARKING   UNSECURED         NOT FILED            .00            .00
CITY OF CHICAGO PARKING   UNSECURED         NOT FILED            .00            .00
COMMONWEALTH EDISON       UNSECURED         NOT FILED            .00            .00
COMMONWEALTH EDISON       UNSECURED            207.11            .00            .00
CREDIT ONE BANK           UNSECURED         NOT FILED            .00            .00
CREDIT ONE BANK           UNSECURED         NOT FILED            .00            .00
CREDIT PROTECTION ASSOCI  UNSECURED         NOT FILED            .00            .00
CREDIT ONE BANK           UNSECURED         NOT FILED            .00            .00
HOUSEHOLD MORTGAGE SERVI  UNSECURED         NOT FILED            .00            .00
ORCHARD BANK              UNSECURED         NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED           2752.86            .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED         NOT FILED            .00            .00
US BANK                   UNSECURED         NOT FILED            .00            .00
LAVEDA MURPHY             NOTICE ONLY       NOT FILED            .00            .00
CITY OF CHICAGO WATER DE  SECURED              302.75            .00            .00
HSBC MORTGAGE             CURRENT MORTG         .00              .00            .00
HSBC MORTGAGE             MORTGAGE ARRE     23572.60             .00            .00
FREEDMAN ANSEIMO LINDBER  NOTICE ONLY       NOT FILED            .00            .00
HSBC MORTGAGE             CURRENT MORTG         .00              .00            .00
HSBC MORTGAGE             MORTGAGE ARRE      7699.85             .00            .00
ASSET ACCEPTANCE LLC      UNSECURED          1377.54             .00            .00
HSBC MORTGAGE SERVICES    SECURED NOT I     51254.31             .00            .00
TIMOTHY K LIOU            DEBTOR ATTY           .00                             .00
TOM VAUGHN                TRUSTEE                                               .00
DEBTOR REFUND             REFUND                                                .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                           .00
SECURED                                            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 07829 PATRICIA A POINDEXTER
```

```
UNSECURED                                                                    .00
ADMINISTRATIVE                                                               .00
TRUSTEE COMPENSATION                                                         .00
DEBTOR REFUND                                                                .00
                                        ---------------       ---------------
TOTALS                                              .00                      .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 10/29/08            _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE